IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES MARQUITON BLACK,

      Plaintiff,

v.

LORI ALSUM and DALIA SULIENE,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-672-slc

---

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Lori Alsum and Dalia Suliene granting their motion for summary judgment and dismissing this case.

By: _____ , Deputy Clerk        10-27-10
     Peter Oppeneer, Clerk of Court                   Date